Document Electronically Filed

John M. Bowlin  (admitted *pro hac vice*)
john@bowsch.com
BOWLIN & SCHALL LLC
7350 E Progress Pl, Ste 100
Greenwood Village, CO 80111
Telephone: (720) 316-7890

Leah Kelman, Esq.
lkelman@herrick.com
HERRICK, FEINSTEIN LLP
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 274-2000
Facsimile: (973) 274-2500

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN DOOLEY KENT, in his capacity as Receiver for Broad Reach Capital, LP, Broad Reach Partners, LLC, Bristol Advisors, LLC, TA1, LLC, Investment Consulting LLC, and CV Investments LLC, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD SHAWN ELLIS a/k/a R. Shawn Ellis a/k/a Shawn Ellis a/k/a Richard S. Ellis a/k/a Shawn Shawn Ellis a/k/a Richard Ellis, ROSE & THORN COWLITZ, LLC, ROSE & THORN HQ, LLC, ROSE & THORN DENVER, LLC, t/a Rose & Thorn, MAINSPRING, LLC, SEMPER GENUS LLC, FROLIC & REVELRY, LLC, HOTEL CARBON HQ, INC. f/k/a Hotel Carbon HQ, LLC, and HOTEL CARBON CO 19.06, LLC, <br><br> Defendants. | Civil Action No. 2:21-cv-20754 <br><br><br> **DEFENDANTS' RULE 11.2 DISCLOSURE STATEMENT** |

Defendants, through their undersigned counsel, Herrick, Feinstein LLP, hereby certify that the matter in controversy is not the subject of any other action pending in any court, any arbitration, or any administrative proceeding.

                                            Respectfully submitted,

**HERRICK, FEINSTEIN LLP**
*Attorneys for Defendants*

By:   *s/ Leah Kelman*
Leah Kelman
lkelman@herrick.com
One Gateway Center, 9th Floor
Newark, New Jersey 07102
(973) 274-2000

Dated: March 15, 2022
       Newark, New Jersey